■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIS SMITH CHANCE, Appellant.—Judgment, Supreme Court,

New York County (Frederic S. Berman, J.), rendered March 7, 1991, convicting defendant, after jury trial, of grand larceny in the fourth degree and sentencing her as a second felony offender to a term of from two to four years, unanimously affirmed.

The prosecutor's comments during summation were a fair response to the alternative theories proposed in the defense summation, well within the bounds of legitimate advocacy *(People v Galloway,* 54 NY2d 396) and, in any event, insufficient by themselves to warrant reversal *(see, People v Monje,* 179 AD2d 437, 438, *lv denied* 79 NY2d 951; *cf., People v Diaz,* 170 AD2d 202, 203-204, *rearg granted on other grounds* 172 AD2d 341). Concur—Murphy, P. J., Milonas, Ellerin, Ross and Kassal, JJ.